# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 5 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02516-BNB

JAYDEE RUSSELL,

     Plaintiff,

v.

WESLEY RIVERA, Head Nurse,
RHODA MONTOYA, Lt. La Plata County Jail, and
DUKE SCHIRARD, Sheriff La Plata County,

     Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     Plaintiff's "Motion Requesting a Court Order," filed February 21, 2008, is DENIED as unnecessary. The February 11, 2008, Order instructs Plaintiff to provide an original and sufficient copies of the Complaint. Mr. Russell fails to state in the Motion that he provided a copy of the February 11, 2008, Order to jail staff with his request for copies. Plaintiff also fails to state in the Inmate Request Form that the copies he sought were of the Prisoner Complaint form to be submitted to the Court. Plaintiff is reminded that in the February 11, 2008, Order he was instructed to submit his claims in a manageable format. A manageable format means that the complaint should not include an unreasonably number of pages. Nonetheless, Plaintiff does not have a constitutional right to photocopies.

Dated: February 25, 2008

---

Copies of this Minute Order mailed on February 25, 2008, to the following:

Jaydee Russell
La Plata County Jail
742 Turner Drive
Durango, CO 81303

_____
Secretary/Deputy Clerk