IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02516-BNB

JAYDEE RUSSELL,

    Plaintiff,

v.

WESLEY RIVERA, Head Nurse,
RHODA MONTOYA, Lt. La Plata County Jail, and
DUKE SCHIRARD, Sheriff La Plata County,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 7 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On February 19, 2008, Plaintiff filed a document with the Court titled, "Plaintiff's Motion to Provide the Court with Partial Payment . . . . ,"(Doc. No. 16). The Court construes the Motion as a Notice of partial payment.

Dated: March 17, 2008

Copies of this Minute Order mailed on March 17, 2008, to the following:

Jaydee Russell
La Plata County Jail
742 Turner Drive
Durango, CO 81303

                                            Secretary/Deputy Clerk