**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Magistrate Judge David L. West**

**Civil Action No. 07-CV-02516-REB-DLW**

**JAYDEE RUSSELL,**

**Plaintiff,**

**vs.**

**WESLEY RIVERA, Head Nurse,
RHODA MONTOYA, Lt. La Plata County Jail, and
DUKE SCHIRARD, Sheriff La Plata County,**

**Defendants.**

## ORDER SETTING HEARING

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

This matter was referred to the Magistrate Judge on May 22, 2008 by Judge Robert E. Blackburn, therefore;

**IT IS HEREBY ORDERED** that this matter is set for a hearing on Defendant's Motion for Preliminary Injunction on June 19, 2008 at 2:30 p.m. before the Magistrate Judge in Durango, Colorado at 103 Sheppard Drive, Room 235.

**IT IS FURTHER ORDERED** that since the Defendant is in custody on state court charges, the La Plata County Sheriff's Department shall deliver the Defendant to and from the hearing.

**DATED: June 12, 2008.**

                              **BY THE COURT:**

                              **s/David L. West**
                              **United States Magistrate Judge**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2008, a true and correct copy of the foregoing Order was telefaxed to the following:

Jaydee Russell  La Plata County Jail
La Plata County Jail  Attn: Transport Officer
742 Turner Drive  742 Turner Drive
Durango, Colorado 81303  Durango, Colorado 81301

**By: s/Shirley W. Dills**
**Assistant to Magistrate Judge**