## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge David L. West

___

### CIVIL COURTROOM MINUTES
___

| | |
|---|---|
| Civil Action No.: 07-CV-02516-REB-DLW | Date: June 19, 2008 |
| Secretarial Assistant: Shirley W. Dills | FTR |

___

**JAYDEE RUSSELL,**                                          Pro Se

**Plaintiff,**

v.

**WESLEY RIVERA, Head Nurse,**
**RHODA MONTOYA, Lt. La Plata County Jail, and**
**DUKE SHIRARD, Sheriff, La Plata County,**

                                                             **Attorney: Michael Goldman**
**Defendant(s)**
___

**HEARING: Plaintiff's Motions For Preliminary Injunction (Docs. 10 & 29)**

**Court in Session: 2:30 p.m.**

Court summarizes the case at this time and advises that the burden of proof is on the Plaintiff to prove the case and outlines what must be proven to obtain a preliminary injunction.

Plaintiff sworn to testify on his own behalf.

Cross by counsel for Defendants.

Counsel for Defendants calls Wesley Rivera, Medical Administrator for the La Plata County Jail to testify.

Court will admit Plaintiff's Complaint and Amended Complaint and the Defendant's Response and attachments as evidence for the purpose of this hearing.

Cross by Plaintiff.

Plaintiff calls Linda Russell to testify.

Cross by Defendant.

Court makes its findings of fact on the record and will recommend that the Plaintiff's Motions for Preliminary Injunction be **DENIED**.

The Court requests Counsel for the Defendant to prepare a proposed Finding and Recommendation based upon its oral findings and recommendations and submit it to the Court.

The Plaintiff's Motion for appointment of counsel is still pending.

The Court requests counsel for the Defendant to prepare a 1st draft of a Scheduling Order to be submitted to the Court by June 27, 2008. Plaintiff shall have until July 8, 2008 to respond to the draft Scheduling Order. The Court will prepare a final draft of the Scheduling Order within in one week of receiving the Plaintiff's response.

Hearing concluded.
**Court in Recess: 3:50 p.m.**
Time: 80 Minutes