IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-02516-REB-DLW

JAYDEE RUSSELL,

    Plaintiff,

v.

WESLEY RIVERA, Head Nurse,
RHODA MONTOYA, Lt. LaPlata County Jail, and
DUKE SCHIRARD, Sheriff LaPlata County,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

This matter comes before me on the magistrate judge's **Findings and Recommendations Re: Plaintiff's Motions for Preliminary Injunction** [#49], filed July 10, 2008. The recommendation addresses two motions: 1) **Plaintiff's Motion for Preliminary Injunction** [#10], filed January 14, 2008; and 2) **Plaintiff's Motion for Preliminary Injunction** [#29], filed April 3, 2008.

The plaintiff, Jaydee Russell, has not filed any objections to the recommendation. Therefore, I review the recommendation only for plain error. *See **Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Because the plaintiff is proceeding *pro se*, I have construed his pleadings more liberally

---

[1] This standard pertains even though plaintiff is proceeding *pro se*. **Morales-Fernandez**, 418 F.3d at 1122.

and held them to a less stringent standard than formal pleadings drafted by lawyers. *See Erickson v. Pardus*, ___ U.S.___, 127 S. Ct. 2197, 2200 (2007); *Andrews v. Heaton*, 483 F.3d 1070, 1076 (10th Cir. 2007); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

I have considered carefully the recommendation and the applicable case law. The recommendation is detailed and well-reasoned. Finding no error, much less plain error, in the magistrate judge's findings of fact, reasoning, and recommended disposition, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Findings and Recommendations Re: Plaintiff's Motions for Preliminary Injunction** [#49], filed July 10, 2008, are **APPROVED AND ADOPTED** as an order of this court;

2. That the **Plaintiff's Motion for Preliminary Injunction** [#10], filed January 14, 2008, is **DENIED**; and

3. That the **Plaintiff's Motion for Preliminary Injunction** [#29], filed April 3, 2008, is **DENIED**.

Dated September 11, 2008, at Denver, Colorado.

                **BY THE COURT:**

                **s/ Robert E. Blackburn**
                **Robert E. Blackburn**
                **United States District Judge**