IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Civil Action No. 07-CV-02516-REB-DLW

JAYDEE RUSSELL,

Plaintiff,

vs.

WESLEY RIVERA (Head Nurse),
RHODA MONTOYA (Lt. La Plata County Jail),
DUKE SCHIRARD (Sheriff La Plata County),

Defendants.

## ORDER RE: JOINT MOTION TO DISMISS [Doc #73]

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Joint Motion to Dismiss filed by the parties herein was referred to the Magistrate Judge by Judge Blackburn on December 4, 2008, therefore;

**IT IS HEREBY ORDERED** that pursuant to the Joint Motion to Dismiss filed by the Plaintiff, Jaydee Russell, and Michael Goldman, attorney for the Defendants, Wesley Rivera, Rhoda Montoya and Duke Schirard the motion is **GRANTED** and the case is dismissed.

**DATED: December 9, 2008**

                                                             **BY THE COURT:**

                                                             **s/David L. West**
                                                             **United States Magistrate Judge**

## Certificate of Service

I hereby certify that on the 9th day of December, 2008, a true and correct copy of the foregoing Minute Order was telefaxed to the following

Jaydee Russell
c/o La Plata County Jail
742 Turner Drive
Durango, Colorado 81301

                                          **By: <u>s/Shirley W. Dills</u>**
                                              **Assistant to Magistrate Judge**