**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-02516-REB-DLW

JAYDEE RUSSELL,

    Plaintiff,

v.

WESLEY RIVERA, Head Nurse,
RHODA MONTOYA, Lt. LaPlata County Jail, and
DUKE SCHIRARD, Sheriff LaPlata County,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Joint Motion To Dismiss** [#73] filed December 4, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion To Dismiss** [#73] filed December 4, 2008, is **GRANTED**;

2. That any pending motion is **DENIED** as moot; and

3. That this action is **DISMISSED**.

Dated December 9, 2008, at Denver, Colorado.

                                         BY THE COURT:

                                         **s/ Robert E. Blackburn**
                                         **Robert E. Blackburn
                                         United States District Judge**